**William SMITH, Appellant,**

v.

**MISSOURI DEPARTMENT OF LABOR
AND INDUSTRIAL RELATIONS, DIVISION OF EMPLOYMENT SECURITY,
Respondent.**

**No. 69898.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 24, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 29, 1996.

Anthony L. Anderson, Anderson & Preuss,
Clayton, for appellant.

Alan J. Downs, Div. of Employment Security, St. Louis, for respondent, Div. of Employment Security.

Party Acting pro se, The Frick Co., St.
Louis, for respondent, McDonnell Douglas
Corp.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Appellant, William Smith, appeals the decision of the Labor and Industrial Relations Commission ("the Commission") denying unemployment benefits. We affirm.

We have reviewed the briefs of the parties and the legal file and find the Commission's decision is supported by competent and substantial evidence and no error of law appears. As we further find no jurisprudential purpose would be served by an extended opinion, we affirm the Commission's ruling pursuant to 84.16(b). A memorandum explaining the reasons for our decision is attached solely for the use of the parties involved.